UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
(Eastern Division- Riverside)

| | |
|---|---|
| SURA ABSULKARIM HEMOOD, <br> Plaintiff <br><br> v. <br><br> ROHIT NEPAL, <br> *Charge D'affairs, U.S. Embassy in Jordan*, <br> MARCO RUBIO, <br> *Secretary of the U.S. Department of State,* <br> Defendants. | Civil Action No. 5:25-cv-00797-KK-DTB(ECF) <br><br><br> **ORDER** <br><br> **[NOTE CHANGE BY COURT]** |

Upon consideration of Parties' *Stipulation for Dismissal*, it is hereby:

**ORDERED** that this action shall be dismissed,

**SO ORDERED** this 15th day of October 2025.

_____
Hon. Kenly Kiya Kato
United States District Judge